UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

15-2206, 15-2217, 15-2230, 15-2234, 15-2272, 15-2273
15-2290, 15-2291, 15-2292, 15-2294, 15-2304 & 15-2305
_____

IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS CONCUSSION
INJURY LITIGATION

Craig Heimburger; Dawn Heimburger,
                            Appellants (15-2206)


Cleo Miller; Judson Flint; Elmer Underwood; Vincent Clark, Sr.;
Ken Jones; Fred Smerlas; Jim Rourke; Lou Piccone;
James David Wilkins, II,
                            Appellants (15-2217)


Curtis L. Anderson,
                            Appellant (15-2230)


Darren R. Carrington,
                            Appellant (15-2234)


Raymond Armstrong; Nathaniel Newton, Jr.; Larry Brown;
Kenneth Davis; Michael McGruder; Clifton L. Odom; George Teague;
Drew Coleman; Dennis DeVaughn; Alvin Harper; Ernest Jones;
Michael Kiselak; Jeremy Loyd; Gary Wayne Lewis; Lorenzo Lynch;
Hurles Scales, Jr.; Gregory Evans; David Mims; Evan Ogelsby;
Phillip E. Epps; Charles L. Haley, Sr.; Kevin Rey Smith; Darryl Gerard Lewis;
Curtis Bernanrd Wilson; Kelvin Mack Edwards, Sr.; Dwayne Levels;
Solomon Page; Tim McKyer; Larry Barnes; James Garth Jax;
William B. Duff; Mary Hughes; Barbara Scheer,
                            Appellants (15-2272)


Liyongo Patrise Alexander; Charlie Anderson; Charles E. Arbuckle;
Cassandra Bailey, as Representative of the Estate of Johnny Bailey;
Ben Bronson; Curtis Ceaser, Jr.; Larry Centers; Darrell Colbert; Harry Colon;
Christopher Crooms; Jerry W. Davis; Tim Denton; Michael Dumas;
Corris Ervin; Doak Field; Baldwin Malcolm Frank; Derrick Frazier;
Murray E. Garrett; Clyde P. Glosson; Roderick W. Harris; Wilmer K. Hicks, Jr.;
Patrick Jackson; Gary Jones; Ryan McCoy; Jerry James Moses, Jr.;

Anthony E. Newsom; Rance Olison; John Owens; Robert Pollard;
Derrick Pop; Glenell Sanders; Thomas Sanders; Dwight A. Scales;
Todd Scott; Frankie Smith; Jermaine Smith; Tyrone Smith; James A. Young, Sr.,
                            Appellants (15-2273)


Scott Gilchrist, individually and on behalf of the Estate of
Carlton Chester "Cookie" Gilchrist,
                            Appellant (15-2290)


Jimmie H. Jones; Ricky Ray; Jesse Solomon,
                            Appellants (15-2291)


Andrew Stewart,
                            Appellant (15-2292)


Willie T. Taylor,
                            Appellant (15-2294)


Alan Faneca; Roderick "Rock" Cartwright;
Jeff Rohrer; Sean Considine,
                            Appellants (15-2304)


James Mayberry,
                            Appellant (15-2305)


_____


Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil Action Nos. 2-12-md-02323 and 2-14-cv-00029)
District Judge: Honorable Anita B. Brody

_____


Argued November 19, 2015

Before: AMBRO, HARDIMAN, and NYGAARD, Circuit Judges

(Opinion filed: April 18, 2016)


## ORDER AMENDING PRECEDENTIAL OPINION

AMBRO, Circuit Judge

2

IT IS NOW ORDERED that the published Opinion in the above case filed April 18, 2016, be amended as follows:

On page 62, first full paragraph, line 13, add an "n" to "a" so the phrase reads "the lasting scars of an NFL career,"

By the Court,

s/ Thomas L. Ambro, Circuit Judge

Dated: May 2, 2016

mlr/cc: all counsel